# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| KBY International Construction Co. ) | ASBCA No. 58574 |
| ) | |
| Under Contract No. W91B4L-11-P-0886 ) | |

APPEARANCES FOR THE APPELLANT:      Mark E. Hanson, Esq.
Owen S. Walker, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
Erica S. Beardsley, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 February 2016

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58574, Appeal of KBY International Construction Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals